IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL QADER HUSSAIN AL-MUDAFARI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-2185 (RCL) |
| ) | |
| BARACK OBAMA, ) | |
| President of the United States, *et al.*, ) | **FILED** |
| ) | |
| Respondents. ) | **JAN 2 7 2012** |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[PROPOSED] ORDER

Upon consideration of Respondents' Third Unopposed Motion for Extension of

Time to file their opposition or response to Petitioner's Motion for Voluntary Dismissal

without Prejudice and for Continued Access Pursuant to the Protective Order (see Dkt.

No. 268), Respondents' request is hereby GRANTED, such that:

(1) On or before January 31, 2012, Respondents will file either an opposition to

Petitioner's request for continued counsel access, or Respondents will file a

status report indicating that they would agree to some form of continued

counsel access; and

(2) Should Respondents file a status report, and the parties are thereafter unable to

resolve any differences they may have regarding the issue of continued

counsel access, Respondents will file an opposition on February 14, 2012.

SO ORDERED.

Date: 1/27/12

ROYCE C. LAMBERTH
CHIEF JUDGE

1